Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_October 22_ 20_25_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JOSE ANGEL NAVARRO HERNANDEZ,
2. LUIS HUMBERTO LAMAS GUZMAN,
3. EDUARDO MANUEL VILLAVICENCIO SALIDO,
4. PEDRO GUZMAN TAPIA,
5. SYLVESTRE RAMOS, and
6. FABIAN MORALES MEDINA,

Defendants.

NO.    CR25 - 213 LK

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 22, 2025, in King, Snohomish, and Lewis Counties, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS

Indictment - 1
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  GUZMAN, EDUARDO MANUEL VILLAVICENCIO SALIDO, PEDRO GUZMAN

2  TAPIA, SYLVESTRE RAMOS, FABIAN MORALES MEDINA, and others known and

3  unknown, did knowingly and intentionally conspire to distribute controlled substances,

4  including: methamphetamine, heroin, cocaine, and N-phenyl-N-[1-(2-phenylethyl)-4-

5  piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States

6  Code.

7        The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO

8  HERNANDEZ, EDUARDO MANUEL VILLAVICENCIO SALIDO, PEDRO

9  GUZMAN TAPIA, and SYLVESTRE RAMOS, their conduct as members of the

10  conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other

11  members of the conspiracy charged in Count 1, involved 50 grams or more of

12  methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

13  mixture or substance containing a detectable amount of methamphetamine, in violation of

14  Title 21, United States Code, Sections 841(b)(1)(A).

15        The Grand Jury further alleges that with respect to LUIS HUMBERTO LAMAS

16  GUZMAN, his conduct as a member of the conspiracy charged in Count 1, which includes

17  the reasonably foreseeable conduct of other members of the conspiracy charged in Count

18  1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers,

19  in violation of Title 21, United States Code, Sections 841(b)(1)(A).

20        The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO

21  HERNANDEZ, his conduct as a member of the conspiracy charged in Count 1, which

22  includes the reasonably foreseeable conduct of other members of the conspiracy charged

23  in Count 1, involved 100 grams or more of a mixture or substance containing a detectable

24  amount of heroin, in violation of Title 21, United States Code, Sections 841(b)(1)(B).

25        The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO

26  HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, their conduct as

27

Indictment - 2
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  members of the conspiracy charged in Count 1, which includes the reasonably foreseeable
2  conduct of other members of the conspiracy charged in Count 1, involved 400 grams or
3  more of a mixture and substance containing a detectable amount of fentanyl, in violation
4  of Title 21, United States Code, Sections 841(b)(1)(A).

5  The Grand Jury further alleges that with respect to LUIS HUMBERTO LAMAS
6  GUZMAN, and FABIAN MORALES MEDINA, their conduct as members of the
7  conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other
8  members of the conspiracy charged in Count 1, involved 40 grams or more of a mixture
9  and substance containing a detectable amount of fentanyl, in violation of Title 21, United
10 States Code, Sections 841(b)(1)(B).

11 All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),
12 and 846.

### COUNT 2

### (Conspiracy to Deal Firearms Without a License)

15 Beginning at a time unknown, and continuing until at least October 22, 2025, in
16 King and Snohomish Counties, within the Western District of Washington, and elsewhere,
17 JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN,
18 EDUARDO MANUEL VILLAVICENCIO SALIDO, FABIAN MORALES MEDINA,
19 and others known and unknown, did knowingly and intentionally conspire to deal firearms
20 without a license.

21 The Grand Jury further alleges that this offense was committed during and in
22 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
23 Substances).

24 All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and
25 924(a)(1)(D), and Title 18, United States Code, Section 371.

26 //

27

Indictment - 3
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Distribution of a Controlled Substance)

On or about September 19, 2024, in Snohomish County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and LUIS HUMBERTO LAMAS GUZMAN, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: heroin and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about October 2, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

2  and (C), and Title 18, United States Code, Section 2.

### COUNT 5

**(Distribution of a Controlled Substance)**

On or about October 22, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and LUIS HUMBERTO LAMAS GUZMAN, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, cocaine, and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (C), and Title 18, United States Code, Section 2.

### COUNT 6

**(Distribution of a Controlled Substance)**

On or about October 29, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that this offense involved 50 grams or more of
2    methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a
3    mixture or substance containing a detectable amount of methamphetamine.

4    The Grand Jury further alleges that this offense was committed during and in
5    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
6    Substances).

7    All in violation of Title 21, United States Code, Sections 841(a)(1) and
8    841(b)(1)(A), and Title 18, United States Code, Section 2.

9    ## COUNT 7

10    **(Possession of a Controlled Substance with Intent to Distribute)**

11    On or about November 17, 2024, in Lewis County, within the Western District of
12    Washington, and elsewhere, EDUARDO MANUEL VILLAVICENCIO SALIDO, and
13    others known and unknown, did knowingly and intentionally possess, with the intent to
14    distribute, and aid and abet the possession of, with the intent to distribute, a controlled
15    substance, including: methamphetamine and fentanyl, substances controlled under Title
16    21, United States Code.

17    The Grand Jury further alleges that the offense involved 50 grams or more of
18    methamphetamine, its salts, isomers, or salts of its isomers.

19    The Grand Jury further alleges that the offense involved 400 grams or more of a
20    mixture and substance containing a detectable amount of fentanyl.

21    The Grand Jury further alleges that this offense was committed during and in
22    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
23    Substances).

24    All in violation of Title 21, United States Code, Sections 841(a)(1) and
25    841(b)(1)(A), and Title 18, United States Code, Section 2.

26    //

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 8

### (Distribution of a Controlled Substance)

On or about December 18, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and PEDRO GUZMAN TAPIA, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 9

### (Distribution of a Controlled Substance)

On or about January 28, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

//

//

Indictment - 7
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 10

### (Distribution of a Controlled Substance)

On or about April 3, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 11

### (Distribution of a Controlled Substance)

On or about June 12, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and SYLVESTRE RAMOS, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

//

//

Indictment - 8
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 12

### (Distribution of a Controlled Substance)

On or about August 13, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, LUIS HUMBERTO LAMAS GUZMAN, FABIAN MORALES MEDINA and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 13

### (Distribution of a Controlled Substance)

On or about August 27, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, and others

Indictment - 9
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  known and unknown, did knowingly and intentionally distribute, and aid and abet the

2  distribution of, a controlled substance, including: heroin, a substance controlled under

3  Title 21, United States Code.

4       The Grand Jury further alleges that this offense was committed during and in

5  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

6  Substances).

7       All in violation of Title 21, United States Code, Sections 841(a)(1) and

8  841(b)(1)(C), and Title 18, United States Code, Section 2.

9  **COUNT 14**

10  **(Unlawful Possession of a Firearm - Felon)**

11       On or about August 27, 2025, in King County, within the Western District of

12  Washington, JOSE ANGEL NAVARRO HERNANDEZ, knowing he had been convicted

13  of the following crime punishable by a term of imprisonment exceeding one year:

14-16
- Violation of the Uniform Controlled Substances Act: Possess with Intent to Deliver Methamphetamine, in King County Superior Court for the State of Washington, under case number 10-C-04447-3-SEA, on or about August 5, 2010,

17  did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

18  an SCCY model CPX-2 9mm semiautomatic pistol, that had been shipped and transported

19  in interstate and foreign commerce.

20       All in violation of Title 18, United States Code, Section 922(g)(1).

21

22  **FORFEITURE ALLEGATION**

23       The allegations contained in Counts 1 – 14 of this Indictment are hereby realleged

24  and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of

25  any of the offenses alleged in Counts 1 and 3 – 13, JOSE ANGEL NAVARRO

26  HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO MANUEL

27

1   VILLAVICENCIO SALIDO, PEDRO GUZMAN TAPIA, SYLVESTRE RAMOS, and

2   FABIAN MORALES MEDINA shall forfeit to the United States, pursuant to Title 21,

3   United States Code, Section 853, any property that constitutes or is traceable to proceeds

4   of the offense, as well as any property that facilitated the offense.

5       Upon conviction of either of the offenses alleged in Counts 2 and 14, JOSE ANGEL

6   NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO

7   MANUEL VILLAVICENCIO SALIDO, and FABIAN MORALES MEDINA shall forfeit

8   to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way

9   of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were

10  involved in the offense.

11      **Substitute Assets.** If any of the above-described forfeitable property, as a result of

12  any act or omission of the defendants,

13          a.      cannot be located upon the exercise of due diligence;

14          b.      has been transferred or sold to, or deposited with, a third party;

15          c.      has been placed beyond the jurisdiction of the Court;

16          d.      has been substantially diminished in value; or

17          e.      has been commingled with other property which cannot be divided

18                  without difficulty,

19  //

20  //

21

22

23

24

25

26

27

Indictment - 11
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  | it is the intent of the United States to seek the forfeiture of any other property of the

2  | defendant, up to the value of the above-described forfeitable property, pursuant to Title 21,

3  | United States Code, Section 853(p).

4

5  | A TRUE BILL: Yes

6  | DATED: 10/22/2025

7

8  | *Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

9

10 | _____

   | FOREPERSON

11 | _____

12 | CHARLES NEIL FLOYD
   | United States Attorney

13

14 | _____

15 | VINCENT T. LOMBARDI
   | Assistant United States Attorney

16

17 | _____

18 | C. ANDREW COLASURDO
   | Assistant United States Attorney

19

20

21

22

23

24

25

26

27

Indictment - 12
*United States v. Navarro Hernandez, et al*
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970